United States District Court

For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8   INTEL CORPORATION,                          No. C-11-05320 DMR

9          Plaintiff,                           **ORDER OF DISMISSAL**

10         v.

11  INTELOGIX CORPORATION,

12         Defendant.
    _____/
13

14        The court having been advised that the parties have agreed to a settlement of this case,

15        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

16  provided, however, that if any party hereto shall certify to this court, **within 90 days**, with proof of

17  service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has

18  not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

19  restored to the calendar to be set for trial.  All further dates are vacated.

20        IT IS SO ORDERED.

21

22  Dated:  December 14, 2011

23                                              _____
                                                DONNA M. RYU
24                                              United States Magistrate Judge

25
26
27
28